L. Timothy Fisher (SBN 191626)
Joshua R. Wilner (SBN 353949)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiff*

Isabelle Ord, Bar No. CA-198224
Isabelle.Ord@us.dlapiper.com
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

Ashleigh L. Angeletti, Bar No. CA-265392
Ashleigh.Angeletti@us.dlapiper.com
Oliver M. Kiefer, Bar No. CA-332830
Oliver.Kiefer@us.dlapiper.com
Matt Danaher, Bar No. CA-351055
Matt.Danaher@us.dlapiper.com
**DLA Piper LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

*Attorneys for Defendant*
YIPPEE ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BRITTANY MORRISON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YIPPEE ENTERTAINMENT, INC.,

Defendant.

Case No.: 24-cv-0797-H-KSC

**JOINT MOTION AND PROPOSED ORDER TO DETERMINE DEFENDANT'S MOTION TO COMPEL ARBITRATION AS A THRESHOLD ISSUE**

Complaint served: May 14, 2024
Current response date: July 3, 2024

Plaintiff Brittany Morrison ("Plaintiff") and Defendant Yippee Entertainment, Inc. ("Yippee"), by and through their respective counsel, hereby stipulate and jointly move the Court, pursuant to Local Rules 7.2 and 12.1, for an order extending the deadline for Yippee to move to dismiss or otherwise respond to Plaintiff's Complaint while the parties and Court resolve, as a threshold issue, Yippee's forthcoming Motion to Compel Arbitration.

On or before July 17, 2024, Yippee intends to file a Motion to Compel Arbitration of Plaintiff's single claim against Yippee. The parties agree that it is efficient to address this potentially dispositive threshold issue first, and mutually agree, subject to approval of the Court, that the deadline for Yippee to otherwise respond to the Complaint shall be extended pending a ruling on the Motion to Compel Arbitration.

If the threshold issue of whether the parties' dispute must be resolved through arbitration is not resolved in Yippee's favor, Yippee shall then respond or move to dismiss Plaintiff's Complaint pursuant to a briefing schedule that shall be set by the Court in ruling on Yippee's Motion to Compel Arbitration.

Good cause exists for the requested relief. If Yippee's Motion to Compel Arbitration is granted, it eliminates the need to address potential grounds for dismissal or otherwise to respond to Plaintiff's Complaint.

Extending Yippee's deadline to file an answer, move, or otherwise respond to the Complaint will conserve party and judicial resources otherwise required to brief and decide Yippee's anticipated motion to dismiss, pending a ruling on the Motion to Compel Arbitration.

The parties further request that the Court approve the following briefing schedule for Yippee's Motion to Compel Arbitration:

1) Yippee's Motion to Compel Arbitration shall be filed not later than July 17, 2024;
2) Plaintiff's response to Motion to Compel Arbitration shall be filed not later

than August 14, 2024;

3) Yippee's Reply in further support of its Motion to Compel Arbitration shall be filed not later than August 26, 2024.

A hearing on the Motion to Compel Arbitration shall be set for September 16, 2024.

The parties agree that this request is made in good faith, is not for purposes of delay, and will not prejudice any party.

Accordingly, the parties jointly and respectfully request that the Court extend the time for Yippee to respond to Plaintiff's Complaint pending a ruling on Yippee's forthcoming Motion to Compel Arbitration. If the Motion to Compel Arbitration is not granted, the parties respectfully request the Court to set a briefing schedule for Yippee's anticipated Motion to Dismiss.

DATED: June 27, 2024

**BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher
L. Timothy Fisher
Joshua R. Wilner
*Attorneys for Plaintiff*
BRITTANY MORRISON

DATED: June 27, 2024

**DLA PIPER, LLP (US)**

By: /s/ Isabelle Ord
Isabelle Ord
*Attorneys for Defendant*
YIPPEE ENTERTAINMENT, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to L. Timothy Fisher, counsel for Plaintiff Brittany Morrison, and that I have obtained his authorization to affix his electronic signature hereto.

DATED: June 27, 2024 By: */s/ Isabelle Ord*