**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BRITTANY MORRISON, *individually and on behalf of all others similarly situated*,
Plaintiff,

v.

YIPPEE ENTERTAINMENT, INC.,
Defendant.

Case No. 24-cv-797-MMA-KSC

**ORDER:**

**(1) GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND**

**(2) SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION**

[Doc. No. 6]

On June 27, 2024, Plaintiff Brittany Morrison ("Plaintiff) and Defendant Yippee Entertainment, Inc. ("Defendant") filed a joint motion requesting that the Court extend the deadline for Defendant to respond to Plaintiff's complaint. Doc. No. 6. Specifically, the parties request that the Court allow Defendant to first file a motion to compel arbitration on Plaintiff's single claim in her complaint before Defendant is required to answer or otherwise respond to the complaint. *Id.* at 2. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion. Accordingly, the Court **ORDERS** the following:

1. The Court hereby **EXTENDS** the time for Defendant to respond to Plaintiff's complaint pending a ruling on Defendant's forthcoming motion to compel arbitration. If the motion is denied, the Court will set a new deadline for Defendant to file a response to Plaintiff's complaint.
2. The Court hereby **SETS** the following briefing schedule for Defendant's motion to compel arbitration:
   a. Defendant's motion to compel arbitration is due no later than **July 17, 2024**.
   b. Plaintiff's response is due no later than **August 14, 2024**.
   c. Defendant's reply, if any, is due no later than **August 26, 2024**.
   d. Upon completion of the briefing, the Court will either set a hearing or take the motion under submission pursuant to Civil Local Rule 7.1.d.1.

**IT IS SO ORDERED**.

Dated: June 28, 2024

HON. MICHAEL M. ANELLO
United States District Judge