Isabelle Ord, Bar No. CA-198224
Isabelle.Ord@us.dlapiper.com
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

Ashleigh L. Angeletti, Bar No. CA-265392
Ashleigh.Angeletti@us.dlapiper.com
Oliver M. Kiefer, Bar No. CA-332830
Oliver.Kiefer@us.dlapiper.com
**DLA Piper LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

*Attorneys for Defendant*
YIPPEE ENTERTAINMENT, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

BRITTANY MORRISON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YIPPEE ENTERTAINMENT, INC.,

Defendant.

Case No. 3:24-CV-0797-H-KSC

**DEFENDANT YIPPEE ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

Date: To be set by Court
Time: To be set by Court
Dept: 3C
Judge: Hon. Michael M. Anello

Trial Date: Not Yet Set
Date Action Filed: May 3, 2024

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court,[1] in Courtroom 3C of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California, 92101, Defendant Yippee Entertainment, Inc. ("Yippee") will, and hereby respectfully does, move this Court for an order (1) compelling arbitration of all claims alleged in Plaintiff's Complaint (Dkt. No. 1) on an individual basis pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., and (2) staying this entire action in favor of arbitration.

Yippee moves for this relief on the grounds that Plaintiff Brittany Morrison's ("Plaintiff") claim against Yippee for its alleged violation of the Video Privacy Protection Act ("VPPA") must be arbitrated pursuant to the mandatory arbitration provision of Vimeo's OTT Viewer Terms of Service ("Terms") because (1) Plaintiff agreed to arbitrate all disputes related to her use of Yippee TV, (2) the doctrine of equitable estoppel compels arbitration where, as here, Plaintiff accepted the benefits of the Terms, and (3) Yippee is a third party beneficiary of the Terms, through which Yippee is granted express rights as a "Producer" to enforce them. Plaintiff also agreed that an arbitrator should determine arbitrability, a fact which, standing alone, compels arbitration of this dispute.

Yippee bases this Motion on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Isabelle Ord and the exhibit submitted therewith, the Declaration of Cadeau Juraschek and the exhibits submitted therewith, all pleadings and records on file herein, and such argument and other evidence that may be presented at any hearing on this Motion.

///

///

[1] Pursuant to this Court's Order: (1) Granting Joint Motion for Extension of Time to Respond to Complaint; and (2) Setting Briefing Schedule for Defendant's Motion to Compel Arbitration (Dkt. No. 9), upon completion of the briefing, the Court will either set a hearing or take the Motion under submission pursuant to Civil Local Rule 7.1.d.1.

Dated: July 17, 2024

DLA PIPER LLP (US)

By: */s/ Isabelle Ord*
Isabelle Ord

Attorneys for Defendant
YIPPEE ENTERTAINMENT, INC.