# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY MORRISON, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>YIPPEE ENTERTAINMENT, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 24-cv-0797-MMA-KSC<br><br>**ORDER STAYING CASE** |

On November 26, 2024, Defendant Yippee Entertainment, Inc., filed a notice of appeal regarding the Court's order denying its motion to compel arbitration. Doc. No. 23.  Pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023), the Court therefore **STAYS** the case pending adjudication of the interlocutory appeal.

**IT IS SO ORDERED.**

Dated:  November 27, 2024

HON. MICHAEL M. ANELLO
United States District Judge